IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

| | |
|---|---|
| **MICHAEL CUNNINGHAM,**<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendants. | Civil Action No. 5:24-CV-31 |

### NOTICE OF SETTLEMENT AS TO
### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Michael Cunningham ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their undersigned attorneys, hereby notify the Court that Plaintiff and Experian have reached a settlement in principle as to the claims between Plaintiff and Experian, and are in the process of preparing a settlement agreement and subsequently filing a dismissal with prejudice as to Experian. Alternatively, the Parties request this Court to enter an Order of Dismissal With Prejudice subject to reopening in 90 days.

Dated this 19th day of July 2024.

**MICHAEL CUNNINGHAM,**
By Counsel,


/s/Michael Nissim-Sabat
Michael Nissim-Sabat [WVSB #12233]
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV  25301
(304) 344-3144
(304) 344-3145 – Fax
michael@msjlaw.org

<u>Andrew J. Bjorklund</u>
Andrew J. Bjorklund [Admitted *pro hac vice*]
JONES DAY
500 Grant St. Suite # 4500
Pittsburgh, PA 15219
Telephone: (412)-394-7201
Email: abjorklund@jonesday.com

Ashley Hardesty Odell [WVSB #9380]
Michael Clarke Cardi [WVSB #12228]
Bowles, Rice, LLP
125 Granville Square
Suite 400
Morgantown, WV 26501
Telephone: (304) 285-2500
Email: ahardestyodell@bowlesrice.com
Email: mcardi@bowlesrice.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this 19th of July, 2024, I filed this ***NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.*** with the Clerk of the Court using the CM/ECF system, which will send notice of the filing of this document to counsel of record.

<u>/s/Michael Nissim-Sabat</u>
Michael Nissim-Sabat (WV State Bar No. 12233)