IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MICHAEL CUNNINGHAM,**

Plaintiff,

v.                                    **CIVIL ACTION NO. 5:24-CV-31**
                                      Judge Bailey

**EQUIFAX INFORMATION SERVICES, INC.,** and
**EXPERIAN INFORMATION SOLUTIONS, INC.,**

Defendants.

### ORDER

On July 19, 2024, plaintiff and defendant Experian Information Solutions, Inc. filed a Notice of Settlement [Doc. 35]. Therein, plaintiff and defendant Experian Information Solutions, Inc. (hereinafter "Experian") notify this Court that they have reached a settlement in principle as to the claims between plaintiff and Experian, and are in the process of preparing a settlement agreement and subsequently filing a dismissal with prejudice as to Experian. Alternatively, plaintiff and Experian request this Court to enter an order of dismissal with prejudice subject to reopening in ninety (90) days.

Thus, it is hereby **ORDERED** that defendant Experian Information Solutions, Inc. is **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days. Once the settlement agreement is finalized between plaintiff and Experian, the parties are **DIRECTED TO FILE** the agreement.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED**: July 22, 2024.

JOHN PRESTON BAILEY<br>
UNITED STATES DISTRICT JUDGE