IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

| | |
|---|---|
| MICHAEL CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Civil Action No. 5:24-CV-31 |

## NOTICE OF SETTLEMENT AGREEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to the Court's order (ECF No. 36), Plaintiff Michael Cunningham by and through his undersigned attorney, hereby provides the Court the Settlement Agreement and Release between Defendant Experian Information Solutions, Inc. and Plaintiff, attached as Exhibit A.

Dated this 29th day of October 2024.

**MICHAEL CUNNINGHAM,**
By Counsel,

/s/ Michael Nissim-Sabat
Digitally signed by Michael Nissim-Sabat
Date: 2024.10.29 19:21:27 -04'00'

Michael Nissim-Sabat [WVSB #12233]
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV  25301
(304) 344-3144
(304) 344-3145 – Fax
michael@msjlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that this 29th of October, 2024, I filed this ***NOTICE OF SETTLEMENT AGREEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.*** with the Clerk of the Court using the CM/ECF system, which will send notice of the filing of this document to counsel of record.

_____
Michael Nissim-Sabat (WV State Bar No. 12233)