IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MICHAEL CUNNINGHAM,**

    Plaintiff,

v.                                              **CIVIL ACTION NO. 5:24-CV-31**
                                                      Judge Bailey

**EQUIFAX INFORMATION SERVICES, INC.** and
**EXPERIAN INFORMATION SOLUTIONS, INC.,**

    Defendants.

## ORDER

On October 29, 2024, plaintiff filed a Notice of Settlement Agreement as to Defendant Experian Information Solutions, Inc. [Doc. 41]. Attached to the Notice is the Settlement Agreement and Release. *See* [Doc. 41-1].

On October 18, 2024, this Court granted the parties Motion to Reopen for Limited Purpose to Sign Settlement Agreement and Finalize Obligations, extending the timeframe for the parties to finalize their obligations until November 21, 2024. *See* [Doc. 40].[1] Because the Settlement Agreement has been signed and finalized, this Court again **DIRECTS** the Clerk to **DISMISS WITH PREJUDICE** defendant Experian Information Solutions, Inc.

---

[1] This Court notes that the above-styled case was never closed. This Court's July 22, 2024 Order only dismissed with prejudice and retired defendant Experian Information Solutions, Inc. from the docket because of the Notice of Settlement that was filed.

The above-styled case will continue to proceed against defendant Equifax Information Services, Inc.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED**: October 30, 2024.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE