IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

| | |
|---|---|
| MICHAEL CUNNINGHAM,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendants. | Civil Action No. 5:24-CV-31 |

## AGREED DISMISSAL ORDER

This day came Plaintiff Michael Cunningham ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant") ("Plaintiff" and "Defendant" are collectively referred to as the "Parties"), by their respective counsel, and announce to the Court that all claims that were asserted or could have been asserted by the Parties against the other Party been fully resolved. Based upon the compromise, the parties jointly move the Court to dismiss the above-styled civil action, with prejudice.

For good cause shown, and there being no objection thereto, it is hereby **ORDERED** that this civil action shall be, and hereby is, dismissed, **WITH PREJUDICE**. The Clerk of Court is hereby **DIRECTED** to **REMOVE** this case from the docket of this Court.

IT IS SO **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record

DATED: 11-25-2024.

                                                              JOHN PRESTON BAILEY
                                                              UNITED STATES DISTRICT JUDGE

Agreed by:

s/Michael Nissim-Sabat
Michael Nissim-Sabat (WVSB #12233)
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV 25301
(304) 344-3144
(304) 344-3145 – Fax
michael@msjlaw.org
*Counsel for Plaintiff*

s/Vincent M. Roskovensky
Vincent M. Roskovensky (WVSB #10160)
Clark Hill PLC
One Oxford Center
 301 Grant Street, 14th Floor
Pittsburgh, PA 15219
Telephone: (412)394-7716
E-mail: vroskovensky@clarkhill.com
*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this 25th day of November, 2024, I filed this ***AGREED DISMISSAL ORDER*** with the Clerk of the Court using the CM/ECF system, which will send notice of the filing of this document to counsel of record.

s/Michael Nissim-Sabat
Michael Nissim-Sabat (WV State Bar No. 12233)